JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KENNETH HOFFMAN, | ) | Case No. EDCV 23-0448-JPR |
| | ) | |
| Petitioner, | ) | |
| | ) | **J U D G M E N T** |
| v. | ) | |
| | ) | |
| N.T. McKINNEY, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: September 21, 2023

*signature*
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE